ard. E. A. Pfeffee, for appellant. A. J. Shipman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEKTON, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Toivo H. Nekton, as executor, etc., against the Metropolitan Life Insurance Company. No opinion. Judgment affirmed, with costs.

NELLIS, Respondent, v. GORTON et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Lena A. Nellis against Fred G. Gorton and another.

PER CURIAM. Order for extra allowance reversed, with $10 costs. Judgment modified, by striking out extra allowance, and, as so modified, judgment and order denying new trial affirmed, with costs.

COCHRANE, J., dissents, on the ground that the verdict is excessive.

NEUMEYER et al., Respondents, v. HOOKER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Gustave Neumeyer and another against Horace B. Hooker and another. F. A. Winslow, for appellants. H. Hoelljes, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEUWEILER, Respondent, v. CENTRAL BREWING CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Frederick W. Neuweiler against the Central Brewing Company of New York. No opinion. Motion for reargument denied, with costs.

In re NEWMAN. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of the application of Emile Newman for admission to the bar. No opinion. Application granted.

NEW YORK BUREAU OF INFORMATION v. RIDGWAY-THAYER CO. et al. (Supreme Court. Appellate Division, First Department. May 31, 1907.) Action by the New York Bureau of Information against the Ridgway-Thayer Company and others. No opinion. Motion granted, and question certified as stated in order. Order filed.

NEW YORK CENT. & H. R. R. CO., Appellant, v. WHEATON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by the New York Central & Hudson River Railroad Company against Ida G. Wheaton and another. No opinion. Order affirmed, with costs.

NEW YORK & Q. ELECTRIC LIGHT & POWER CO., Appellant, v. CARPENTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by the New York & Queens Electric Light & Power Company against John R. Carpenter and others, partners, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

NIAGARA WOODWORKING CO., Respondent, v. JUMEL REALTY & CONSTRUCTION CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by the Niagara Woodworking Company against the Jumel Realty & Construction Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., not sitting.

NICHOLS et al., Respondents, v. GERTNER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Henry T. Nichols and another against Abraham Gertner. No opinion. Judgment of the Municipal Court affirmed, with costs.

NICHOLSON v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Theresa Nicholson against the New York City Railway Company. No opinion. Motion for reargument denied. Leave to go to Court of Appeals granted. Order filed.

NICKERSON, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Sarah E. Nickerson, as administratrix de bonis non of Charles Hickey, deceased, against the Interborough Rapid Transit Company. No opinion. Judgment and order unanimously affirmed, with costs.

NICKERSON, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Sarah E. Nickerson, as administratrix de bonis non of Charles Hickey, deceased, against the Interborough Rapid Transit Company. No opinion. Motion denied.

NOONAN, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by James Noonan against the Schenectady Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

NORTH SHORE INDUSTRIAL CO. v. OCEAN GROVE NAT. BANK. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by the North Shore Industrial Company against the Ocean Grove